# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                        Crim. No. 7:07-CR-113-1BO

DAMEIAN LAVERNE JENNINGS

On November 29, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                /s/ Erik J. Graf  
Robert L. Thornton                     Erik J. Graf  
Supervising U.S. Probation Officer      U.S. Probation Officer  
                                                    2 Princess Street, Suite 308  
                                                    Wilmington, NC 28401-3958  
                                                    Phone: 910-679-2031  
                                                    Executed On: April 11, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13__ day of __April__, 2016.

Terrence W. Boyle  
U.S. District Judge